DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. MINOR

No. 34 PC.

Case below: 28 N.C. App. 85.

Petition for discretionary review under G.S. 7A-31 allowed 3 February 1976.

STATE v. MITCHELL

No. 9 PC.

Case below: 27 N.C. App. 313.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. PARKS

No. 13 PC.

Case below: 28 N.C. App. 20.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.

STATE v. RUSH

No. 29 PC.

Case below: 28 N.C. App. 226.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.

STATE v. SPINKS

No. 14 PC.

Case below: 27 N.C. App. 642.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.